# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY PACHECO, | |
| Plaintiff, | Case No. 2:16-cv-01736-GMN-GWF |
| vs. | **ORDER** |
| VOLKSWAGON GROUP OF AMERICA, INC., a corporations; VOLKSWAGEN AKTIENGESELLSCHAFT, a business entity, form unknown, | |
| Defendants. | |

This matter is before the Court on Defendant's Motion to Stay Proceedings Pending a Ruling on Transfer to MDL (ECF No. 5), filed on July 28, 2016. To date, Plaintiff has not filed an opposition to this motion and the time for opposition has now expired.[1]

On August 10, 2016, the United States Judicial Panel on Multidistrict Litigation filed a Conditional Transfer Order (CTO -54) (ECF No. 8), wherein the instant case was conditionally transferred to the United States District Court for the Northern District of California. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay Proceedings Pending a Ruling on Transfer to MDL (ECF No. 5) is **granted**.

DATED this 16th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

---

[1] Pursuant to Local Rule 7-2(e), the failure of an opposing party to file a response to a motion constitutes a consent to the granting of the motion.